```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 24679
   KEITH ATKINS
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0294


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/18/2008 and was not confirmed.

     The case was dismissed without confirmation 11/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL   CURRENT MORTG        .00           .00           .00
HEAVNER SCOTT BEYERS & M NOTICE ONLY   NOT FILED            .00           .00
TRIAD FINANCIAL CORP     UNSECURED      10335.16            .00           .00
PRO SE DEBTOR            DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                            --------------    --------------
TOTALS                            .00              .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/24/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE